1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Cecil Shaw, | Case No.: 5:16-CV-01906-BLF |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER RE JOINT NOTICE OF SETTLEMENT |
| BP West Coast Products LLC, a Delaware limited liability company; Golden Crown Financial, Inc., a California corporation; and Does 1-10, | |
| Defendant. | |

## ORDER

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court sets a Status Conference/OSC for <u>Aug. 18, 2016</u> at <u>11</u> am ~~pm~~ at which the parties, by and through their attorneys of record shall show cause why this case is not dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required.

**IT IS SO ORDERED.**

DATED: June 21, 2016

_____
Beth Labson Freeman, United States District Court Judge